UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDY RODRIGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL, LLC,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 2:12-cv-06361-WJM-MF<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANT, AMERICAN CORADIUS INTERNATIONAL, LLC'S,
NOTICE OF PENDING SETTLEMENT</u>**

  Defendant, American Coradius International, LLC, through undersigned counsel, hereby submit this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

             Respectfully submitted

             <u>/s/ Aaron R. Easley</u>
             Aaron R. Easley, Esq.
             SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
             200 Route 31 North, Suite 203
             Flemington, NJ 08822
             Telephone No.: (908) 751-5940
             Facsimile No.: (908) 751-5944
             aeasley@sessions-law.biz
             Attorneys for Defendant
             American Coradius International, L.L.C.

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of December 2012, a copy of **American Coradius International, L.L.C.'s Notice of Pending Settlement** was served was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Stuart Werbin, Esq.
Benjamin Nazmiyal Law Group, P.C.
209 Main Street, Suite 3A
Fort Lee, NJ 07024
Phone: (201) 377-3403
Facsimile (201) 849-5407
Attorney for Plaintiff
Edy Rodriguez

By:   /s/ Aaron R. Easley
      Aaron R. Easley, Esq.
      Attorney for Defendant
      American Coradius International, L.L.C.