UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDY RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL, LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 2:12-cv-06361-WJM-MF<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Parties, Plaintiff, Edy Rodriguez, and Defendant, American Coradius International, LLC, under Fed. R. Civ. P. 41 and through counsel, hereby jointly stipulate and move this Honorable Court for entry of an Order of Dismissal with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 27th day of March, 2013.

/s/ Prabh Bedi
Prabh Bedi, Esq.
Benjamin Nazmiyal Law Group, PC
209 Main Street, Suite 3A
Fort Lee, NJ 07024
Attorneys for Plaintiff

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Telephone No.: (908) 751-5940
Facsimile No.: (908) 751-5944
aeasley@sessions-law.biz
Attorneys for Defendant
American Coradius International, L.L.C.

## CERTIFICATE OF SERVICE

I certify that on this 27th day of March 2013, a copy of the Joint Stipulation of Dismissal was served was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Prabh Bedi, Esq.
    Benjamin Nazmiyal Law Group, P.C.
    209 Main Street, Suite 3A
    Fort Lee, NJ 07024
    Phone: (201) 377-3403
    Facsimile (201) 849-5407
    Attorney for Plaintiff
    Edy Rodriguez

                                        By:   /s/ Aaron R. Easley
                                                    Aaron R. Easley, Esq.
                                                      Attorney for Defendant
                                                      American Coradius International, L.L.C.